IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01456-MSK-OES

JAMES SCHWAB,

Plaintiff(s),

vs.

CARMEN MARTINO,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: October 25, 2005

      Defendant's Motion for Extension of Time in Which to File Designation of Non-Parties at Fault [filed October 21, 2005, Document 9] is GRANTED to and including November 15, 2005.  That motion which is docketed as an Unopposed Motion to Amend/Correct/Modify Motion for Extension of Time [Document 11] is deemed moot.