IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01456-MSK-OES

JAMES SCHWAB,

        Plaintiff,

v.

CARMEN MARTINO,

        Defendant.

_____

## ORDER
## DISMISSING PLAINTIFF'S THIRD CLAIM FOR RELIEF
## WITHOUT PREJUDICE

_____

THIS MATTER comes before the Court upon Plaintiff's Motion to Dismiss Third Claim for Relief Without Prejudice **(#21)**. The Court having reviewed the Motion finds that the Motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Third Claim for Relief regarding Willful and Wanton Negligence is DISMISSED WITHOUT PREJUDICE. Such claim may be reinstated in the above captioned matter after the parties' initial disclosures are made if such claim complies with C.R.S. § 13-21-102 (1.5)(a).

DATED this 15th day of December 2005.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge