## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: January 16, 2007 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 05-cv-01456-MSK-MEH

| *Parties*: | *Counsel Appearing:* |
|---|---|
| JAMES SCHWAB, | David Mestas |
| Plaintiff, | |
| v. | |
| CARMEN MARTINO, | Brian Judson |
| | Patrick Butler |
| Defendant. | |

## COURTROOM MINUTES

HEARING:   Final Pretrial Conference.

**8:13 a.m.     Court in session.**

Parties are present.

Trial is set for April 23, 2007 for 4 days. The Court advises counsel that the trial is in a third position and not likely to proceed as scheduled because it is in a junior position to other matters, including a criminal trial.

The Court requests counsel to reassess the amount of time necessary for trial in light of facts to which the parties can stipulate and the parties' anticipation that the fraudulent conveyance claim will be tried to the Court afterthe jury trial on other claims.

**PENDING MOTIONS.**

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**     Plaintiff's Motion for Summary Judgment *Liability* (**Doc. #51**) is **DENIED.**

Plaintiff's Motion for Summary Judgment *Non-Parties* (**Doc. #52**) is **DENIED.**

Plaintiff's Motion to Deem Joint Proposed Pre-Trial Order Timely Submitted (**Doc. #63**) is **DENIED,** as moot.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Review of the proposed final pretrial order - matters addressed:

>Claims
>Defenses
>Stipulated Facts
>Witness List
>Exhibit List
>Anticipated motions
>Trial length, trial process, technology training, evidentiary issues and any questions posed by counsel.

**ORDER:** Pertinent to trial process: counsel will use the estimates stated on the witness list; opening statements will be limited to 15 minutes per side; closing arguments will be limited to 30 minutes total each side; demonstrative exhibits and aids will not be used unless agreed to by the parties.

**ORDER**: Revised final pretrial order to be submitted by **February 16, 2007** and trial reset by conference call.

Revised witness and exhibit lists to be submitted by **February 16, 2007.**

Proposed jury instructions and voir dire to be submitted 30 days prior to the new trial date.

Motions in Limine to be filed by **March 19, 2007**. Another final pretrial conference will be scheduled if necessary.

Trial is vacated.

**9:30 a.m.     Court in recess.**

**Total Time:   1 hour 17 minutes.**
**Hearing concluded.**