IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01456-MSK-MEH

JAMES SCHWAB,

    Plaintiff,

v.

CARMEN MARTINO,

    Defendant.

---

**ORDER**

---

Upon agreement of the parties,

**IT IS ORDERED** that the four (4) day jury trial in this matter is **RESET** to **October 1, 2007 at 1:00 p.m.** in Courtroom A901, 901, 19th Street, Denver, Colorado.  This setting is on a trailing docket in second position.

Dated this 30th day of January, 2007

                **BY THE COURT:**

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge