IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01456-MSK-MEH

JAMES SCHWAB,

    Plaintiff,

v.

CARMEN MARTINO,

    Defendant.

_____

### ORDER APPROVING PROPOSED FINAL PRETRIAL ORDER
_____

**THIS MATTER** comes before the Court *sua sponte*. The parties' Amended Proposed Final Pretrial Order **(# 71)** has been reviewed and approved by the Court. That proposed order is incorporated herein by reference and deemed signed by the Court as of today's date.

Dated this 3d day of July, 2007

                **BY THE COURT:**

                */s/ Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge