IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: LaDonne Bush | Date: October 1, 2007 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 05-cv-01456-MSK

*Parties*:                                                         *Counsel*:

JAMES SCHWAB,                                          David Mestas
                                                                        Erik Fischer

        Plaintiff,

v.

CARMEN MARTINO,                                       Anthony Clapp
                                                                        Patrick Butler

        Defendant.

---

## COURTROOM MINUTES

---

HEARING: Jury Trial Day One

**1:11 p.m.**     **Court in session**.

Discussion regarding stipulations of fact.

Discussion regarding the statement of the case instruction.

**ORDERED:**  1.  Plaintiff's Motion in Limine to Exclude Improper Evidence of Felony Conviction (Doc. 72) is denied a premature.

2.  With regard to Plaintiff's Motion in Limine to Exclude Character Evidence at Trial (Doc. 73) ruling is deferred in part and granted in part as to the opening statements.

3.  Plaintiff's Motion in Limine Regarding Collateral Sources (Doc. 74) is denied as moot.

4.  Plaintiff's Motion in Limine to Exclude Undisclosed Expert Testimony (Doc. 75) is denied as moot.

5.  Defendant's Motion in Limine to Exclude All Evidence of or Reference to Any Traffic Violations by Defendant (Doc. 76) is denied as moot.

6.  At the request of counsel, witnesses are sequestered.

No objection by counsel to the initial stock jury instructions.

**1:48 p.m.**     Jury present.

Court's preliminary comments.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Jurors sworn for voir dire.

Voir dire by the Court.

Juror excused for cause: 136379

Court instructs jury regarding recess.

**2:57 p.m.**     **Court in recess.**
**3:14 p.m.**     **Court in session.**

Continued voir dire by the Court.

Jurors excused for cause: 130587, 133193

Plaintiff's challenges: 139837, 140001, 156198

Defendant's challenges: 137673, 127120, 158784

3:34 p.m.     Twelve jurors sworn to try the case: 126260, 157339, 142001, 142909, 130232, 133877, 153417, 143206, 157467, 138025, 137455, 148170

Court instructs the jury.

4:03 p.m.     Opening statement by Mr. Mestas.

4:14 p.m.     Bench conference.

4:17 p.m.     Opening statement by Mr. Butler.

**Witness sworn for the plaintiff - William Baker:**
4:27 p.m.     Direct examination by Mr. Mestas.
4:42 p.m.     Cross examination by Mr. Butler.
4:51 p.m.     Redirect examination by Mr. Mestas.
4:52 p.m.     Witness excused.

Court instructions to the jury.

**4:56 p.m.**     **Court in recess.**

**Total Time: 03:28**
**Trial continued.**