IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01456-MSK-MEH

JAMES SCHWAB,

      Plaintiff,

v.

CARMEN MARTINO,

      Defendant.

_____

**ORDER**

_____

THIS MATTER comes before the Court on the Motion to Excuse Counsel's Appearance (Motion) **(#132)** filed by Patrick D. Butler. In his Motion, Mr. Butler requests that Mr. Clapp be permitted to appear in his place at the Bill of Costs hearing set for February 6, 2008. This hearing is not before the Court; it is before Edward Butler of the Clerk's Office. Requests such as this can be made to him and do not require the filing of a motion. Accordingly,

**IT IS ORDERED** that the Motion is **DEEMED MOOT**.

DATED this 17th day of January, 2008.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge